Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
Email: raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendants. | Docket No. 09-459<br><br>Latah County District Court Case No. CV 2009-00366<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: $350.00** |

REMOVAL FROM DISTRICT COURT TO U.S.DISTRICT COURT

TO:  PLAINTIFF AND HER ATTORNEY OF RECORD, DARREL W. AHERIN
and THE CLERK OF ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the

Defendants, SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE

COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY, hereby remove

**NOTICE OF REMOVAL** - 1

the above-entitled cause of action from the District Court of the Second Judicial District of the State of Idaho, in and for the County of Latah, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY, are the Defendants in Civil Case No. CV 2009-00366 brought against them in the District Court of the Second Judicial District of the State of Idaho, in and for the County of Latah, entitled *Gritman Medical Center, Inc. v. Safeco Insurance Company, American States Insurance Company, and American Economy Insurance Company*. A copy of the Summons, Complaint, and Notice of Summons and Complaint in that action is attached hereto, together with a copy of the state court docket and the pleadings and orders included thereon, and constitutes all process, pleadings and orders served upon Defendants in such action.

SECOND: That the aforementioned suit was commenced by service of a summons and complaint on the Director of the Idaho Department of Insurance per Idaho Code § 41-333 on August 14, 2009; which summons and complaint, together with Notice, was served on the Defendants via U.S. Mail by the Director of the Idaho Department of Insurance per Idaho Code § 41-334, on August 14, 2009.

THIRD: That the Plaintiff in the above-entitled action is a corporation that is incorporated in and has its principal place of business located in the State of Idaho. There is no entity called SAFECO INSURANCE COMPANY. Defendants AMERICAN STATES INSURANCE COMPANY and AMERICAN ECONOMY INSURANCE COMPANY are both incorporated in Indiana with their principle places of business in Washington.

**NOTICE OF REMOVAL** - 2

The corporation owning the two proceeding companies is also a Washington entity. Accordingly, there exists diversity of jurisdiction.

FOURTH: That the amount in controversy, including possible punitive damages and attorney's fees, exceeds $75,000. Specifically, Plaintiff alleges as follows:

(i) In Paragraph II of its Complaint, Plaintiff alleges that Safeco Insurance Company is the parent company of American States Insurance Company and American Economy Insurance Company, and collectively refers to Defendants as "Safeco Insurance Company" throughout the remainder of the Complaint;

(ii) In Paragraph VII of its Complaint, Plaintiff alleges that it had an insurance policy with Defendants.

(iii) In Paragraph VIII of the Plaintiff's Complaint, the Plaintiff alleges that Defendants "breached its contract of insurance <u>by not paying the policy limits</u>, less the $75,000 deductible ...." (Emphasis added).

The Policy limits are $76,096,620.00. Less the $75,000 deductible, the amount in controversy per the allegations set forth above is still in excess of $76 million.

FIFTH: That the controversy herein between the Plaintiff and the Defendants involves parties which are citizens of different states where the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendants pray that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 11th day of September, 2009.

ANDERSON, JULIAN & HULL LLP

By _____
Mark D. Sebastian, Of the Firm
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2009, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Darrel W. Aherin | [ ] | U.S. Mail, postage prepaid |
| AHERIN, RICE & ANEGON | [ ] | Hand-Delivered |
| 1212 Idaho Street | [ ] | Overnight Mail |
| P.O. Drawer 698 | [ ] | Facsimile |
| Lewiston, Idaho 83501-0698 | [x] | CM/ECF |
| *Attorney for Plaintiff* | | |

_____
Mark D. Sebastian

**NOTICE OF REMOVAL** - 4