

AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF LATAH

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation, | NO. CV 2009-00366 |
| Plaintiff, | SUMMONS |
| v. | |
| SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY, | |
| Defendants. | |

NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO:   SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY.

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this

SUMMONS
N:\Gritman Medical Center (01)\Pleadings\SUMMONS (SAFECO).docx
lps

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho

Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiffs in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address, and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 24 day of April, 2009.

                          CLERK OF THE DISTRICT COURT

                          By    *Sue Anderson*
                                  Deputy

SUMMONS -- 2
N:\Grumman Medical Center (01)\Pleadings\SUMMONS (SAFECO).docx
jgs

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho