## Case Number Result Page

### Latah

**1 Cases Found.**

**Gritman Medical Center vs. Safeco Insurance Company, etal.**

Case: **CV-2009-0000366**   District Filed: **04/24/2009**   Subtype: **Other Claims**   Judge: **John R. Stegner**   Status: **Pending**

Defendants: **American Economy Insurance Company   American States Insurance Company   Safeco Insurance Company**

Plaintiffs: **Gritman Medical Center,**

Register of actions:

| Date | |
|---|---|
| 04/24/2009 | New Case Filed - Other Claims |
| 04/24/2009 | Plaintiff: Gritman Medical Center, Appearance Darrel W. Aherin |
| 04/24/2009 | Filing: A - Civil Complaint for more than $1,000.00 Paid by: Aherin, Darrel W. (attorney for Gritman Medical Center,) Receipt number: 0164639 Dated: 4/24/2009 Amount: $88.00 (Cashiers Check) For: Gritman Medical Center, (plaintiff) |
| 04/24/2009 | Summons Issued |
| 08/24/2009 | Proof Of Service |
| 08/24/2009 | Proof Of Service |

*Connection: Public*