State of Idaho
# DEPARTMENT OF INSURANCE

C.L. "BUTCH" OTTER
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.idaho.gov

WILLIAM W. DEAL
Director

**To:** SAFECO INSURANCE COMPANY OF AMERICA
% CORPORATION SERVICE COMPANY
1401 SHORELINE DRIVE
SUITE 2
BOISE ID 83702

**CC:** Plaintiff's counsel (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 8/14/2009

**Re:** NOTICE OF SUMMONS AND COMPLAINT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF LATAH CASE NO. CV 2009-00366.

**GRITMAN MEDICAL CENTER, INC v SAFECO INSURANCE COMPANY OF AMERICA**

---

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT, in connection with the above-entitled action, was made upon you by US MAIL on the FOURTEENTH day of AUGUST, 2009, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this FOURTEENTH day of AUGUST, 2009.

*[signature]* /TJ
William W. Deal
DIRECTOR
Department of Insurance
State of Idaho

Cert No 7007 0710 0002 7978 8980