Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
Email:  raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendants. | Case No. 09-459<br><br>**AFFIDAVIT OF COUNSEL IN SUPPORT OF REMOVAL** |

STATE OF IDAHO   )
                 ) ss.
County of Ada    )

MARK D. SEBASTIAN, having been first duly sworn upon oath, deposes and says as follows:

1. That your Affiant is an attorney duly licensed to practice law within the State of

**AFFIDAVIT OF COUNSEL IN SUPPORT OF REMOVAL - 1**

Idaho. In that capacity, your Affiant is a member of the law firm of Anderson, Julian & Hull, attorneys for Defendants in the above-entitled action. The information contained herein is of your Affiant's own personal knowledge.

2. That attached hereto as Exhibit A is a true and correct copy of the declaration pages for the insurance policy issued by Defendant AMERICAN ECONOMY INSURANCE COMPANY to Plaintiff GRITMAN MEDICAL CENTER, INC. in the amount of $76,096.620.

3. That attached hereto as Exhibit B is a true and correct copy of the results of a search for American Economy Insurance Company from the web-site for the Idaho Department of Insurance, showing the address for its principal place of business in the state of Washington.

4. That attached hereto as Exhibit C is a true and correct copy of the results of a search for American States Insurance Company from the web-site for the Idaho Department of Insurance, showing the address for its principal place of business in the state of Washington.

5. That your Affiant has conducted a search of the Idaho Department of Insurance web-site and found no entity going by the name of "Safeco Insurance Company" licensed to deliver insurance in Idaho, nor is any such entity incorporated within Idaho.

6. That neither American Economy Insurance Company nor American States Insurance Company is incorporated in Idaho.

//

//

//

**AFFIDAVIT OF COUNSEL IN SUPPORT OF REMOVAL - 2**

//

//

FURTHER your Affiant saith not.

_____
MARK D. SEBASTIAN

SUBSCRIBED AND SWORN to before me this 11th day of September, 2009.

(SEAL)

*Elizabeth Goodman*
Notary Public for Idaho
Residing at  Nampa , Idaho
My Commission Expires May 14, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2009, I served a true and correct copy of the foregoing **AFFIDAVIT OF COUNSEL IN SUPPORT OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Darrel W. Aherin<br>AHERIN, RICE & ANEGON<br>1212 Idaho Street<br>P.O. Drawer 698<br>Lewiston, Idaho 83501-0698<br>*Attorney for Plaintiff* | [ ] U.S. Mail, postage prepaid<br>[ ] Hand-Delivered<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[✓] CM/ECF |

_____
Mark D. Sebastian

**AFFIDAVIT OF COUNSEL IN SUPPORT OF REMOVAL** - 3