**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

AMERICAN ECONOMY INSURANCE COMPANY
SEATTLE, WASHINGTON

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS        PAGE CP   2

NAMED INSURED:  GRITMAN MEDICAL CENTER INC        POLICY NUMBER:  01-CG-935653-2

MAXIMUM LIMIT OF INSURANCE:  $  76,096,620**

** THIS MAXIMUM LIMIT MAY INCLUDE CERTAIN "ON-PREMISES INLAND MARINE" COVERAGE(S). IF FORM CP7547--ACTUAL LOSS SUSTAINED BUSINESS INCOME COVERAGE IS INCLUDED, IT IS AN ADDITIONAL AMOUNT OF INSURANCE AND NOT INCLUDED IN THE MAXIMUM LIMIT. REFER TO THE PEAK EXTRA LIMITS SUMMARY FORM(S) FOR A COMPLETE DEFINITION OF "MAXIMUM LIMIT".

*********************

## BLANKET COVERAGE SUMMARY

| BLANKET COVERAGE APPLIES AT PREMISES/BUILDINGS LISTED BELOW | LIMIT OF INSURANCE | AVERAGE RATE | PREMIUM |
|---|---|---|---|
| BUILDING AND PERSONAL PROPERTY | INCLUDED IN MAXIMUM LMT | | |
|   SPECIAL CAUSES OF LOSS | | $ .067 | $ 41,685.00 |
|   CERTIFIED ACTS OF TERRORISM | | .001 | 624.00 |
| BUSINESS INCOME | INCLUDED IN MAXIMUM LMT | | |
|   SPECIAL CAUSES OF LOSS | | .095 | 13,143.00 |
|   CERTIFIED ACTS OF TERRORISM | | .001 | 138.00 |

*********************

PREMISES   1   700 S MAIN ST
               MOSCOW, ID 83843

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:    HOSPITAL

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING REPLACEMENT COST | BLANKET | $ 75,000 | | |
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | 75,000 | | |
| PERSONAL PROPERTY OF INSURED REPLACEMENT COST | BLANKET | 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   1   $   4,500.00
    DIRECT DAMAGE DEDUCTIBLE                                $ 5,000
    INDIRECT DAMAGE DEDUCTIBLE                              24 HOURS

9-CC(CP)(0207)   NORTHWEST            (DARMI)        PREPARED  04-04-07 CM2E0 SEQ.0001



AFP-META2-04-PRINT001-1244-0009-T

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS          PAGE CP   3

NAMED INSURED:  GRITMAN MEDICAL CENTER INC          POLICY NUMBER:  01-CG-935653-2


PREMISES   2   810 S MAIN ST
               MOSCOW, ID 83843

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:    PHYSICAL THERAPY

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING REPLACEMENT COST | BLANKET | $ 75,000 | | |
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | 75,000 | | |
| PERSONAL PROPERTY OF INSURED REPLACEMENT COST | BLANKET | 75,000 | | |

BUILDING   2   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:    THERAPY POOL

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING REPLACEMENT COST | BLANKET | $ 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   2  $      763.00
    DIRECT DAMAGE DEDUCTIBLE                                   $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                                 24 HOURS

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS                PAGE CP   4

NAMED INSURED:  GRITMAN MEDICAL CENTER INC           POLICY NUMBER:  01-CG-935653-2


PREMISES   3   623 S MAIN ST
               MOSCOW, ID 83843

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:     RADIOLOGY SATELLITE

---

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | $ 75,000 | | |
| PERSONAL PROPERTY OF INSURED REPLACEMENT COST | BLANKET | 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   3 $     309.00
    DIRECT DAMAGE DEDUCTIBLE                            $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                          24 HOURS

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

```
COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS             PAGE CP   5

NAMED INSURED:  GRITMAN MEDICAL CENTER INC          POLICY NUMBER:  01-CG-935653-2


PREMISES    4   719 S MAIN ST
                MOSCOW, ID 83843

BUILDING    1   AMERICAN ECONOMY INSURANCE COMPANY
                OCCUPANCY:    PHYSICIANS OFFICES
-------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING             LIMIT OF   DEDUCTIBLE    RATE    PREMIUM
                                        INSURANCE
-------------------------------------------------------------------------------
BUILDING                                BLANKET    $ 75,000
    REPLACEMENT COST

BUSINESS INCOME INCL RENTAL VALUE       BLANKET      75,000


EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  4 $    497.00
    DIRECT DAMAGE DEDUCTIBLE                         $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                       24 HOURS
```

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

```
COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS          PAGE CP   6

NAMED INSURED:  GRITMAN MEDICAL CENTER INC           POLICY NUMBER:  01-CG-935653-2


PREMISES    5  412 S MAIN ST
               TROY, ID 83871

BUILDING    1  AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:    PHYSICIANS OFFICE
-------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING            LIMIT OF   DEDUCTIBLE    RATE    PREMIUM
                                       INSURANCE
-------------------------------------------------------------------------------
BUILDING                               BLANKET    $ 75,000
   REPLACEMENT COST

BUSINESS INCOME INCL RENTAL VALUE      BLANKET      75,000

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES    5 $   253.00
   DIRECT DAMAGE DEDUCTIBLE                         $  1,000
   INDIRECT DAMAGE DEDUCTIBLE                       24 HOURS
```

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS        PAGE CP   7

NAMED INSURED:  GRITMAN MEDICAL CENTER INC          POLICY NUMBER:  01-CG-935653-2


PREMISES   6   804 S WASHINGTON ST
               MOSCOW, ID 83843

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:      OFFICE

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING REPLACEMENT COST | BLANKET | $ 75,000 | | |
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   6 $    371.00
     DIRECT DAMAGE DEDUCTIBLE                                    $  1,000
     INDIRECT DAMAGE DEDUCTIBLE                                  24 HOURS

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS                PAGE CP   8

NAMED INSURED:  GRITMAN MEDICAL CENTER INC           POLICY NUMBER:  01-CG-935653-2

PREMISES   7   610 E MAIN
               KENDRICK, ID 83537

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:     PHYSICIAN'S OFFICE

---

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | $ 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   7 $      94.00
     DIRECT DAMAGE DEDUCTIBLE                            $  1,000
     INDIRECT DAMAGE DEDUCTIBLE                          24 HOURS

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS        PAGE CP   9

NAMED INSURED:  GRITMAN MEDICAL CENTER INC           POLICY NUMBER:  01-CG-935653-2


PREMISES   8   225 E PALOUSE RIVER DR
               MOSCOW, ID 83843

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:      ADULT DAY CARE CENTER

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | $ 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   8  $     93.00
    DIRECT DAMAGE DEDUCTIBLE                                    $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                                  24 HOURS

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS           PAGE CP   10

NAMED INSURED:  GRITMAN MEDICAL CENTER INC          POLICY NUMBER:  01-CG-935653-2


PREMISES   9   724 S WASHINGTON ST
               MOSCOW, ID 83843

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:     ENGINEERING BUILDING
---
| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING REPLACEMENT COST | BLANKET | $ 75,000 | | |
| BUSINESS INCOME INCL RENTAL VALUE | BLANKET | 75,000 | | |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   9 $     263.00
    DIRECT DAMAGE DEDUCTIBLE                          $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                        24 HOURS


9-CC(CP)(0207)    NORTHWEST         (DARMI)    PREPARED  04-04-07 CM2E0 SEQ.0001


AFP-META2-04-PRINT001-1244-0017-T

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS                PAGE CP  11

NAMED INSURED:  GRITMAN MEDICAL CENTER INC           POLICY NUMBER:  01-CG-935653-2


PREMISES  10  218 E 8TH ST
              MOSCOW, ID 83843

BUILDING   1  AMERICAN ECONOMY INSURANCE COMPANY
              OCCUPANCY:    MAINTENANCE SHOP

```
--------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING          LIMIT OF    DEDUCTIBLE    RATE      PREMIUM
                                     INSURANCE
--------------------------------------------------------------------------------
BUILDING                             BLANKET     $ 75,000
   REPLACEMENT COST

BUSINESS INCOME INCL RENTAL VALUE    BLANKET       75,000

PERSONAL PROPERTY OF INSURED         BLANKET       75,000
   REPLACEMENT COST


EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  10 $    306.00
   DIRECT DAMAGE DEDUCTIBLE                           $  1,000
   INDIRECT DAMAGE DEDUCTIBLE                         24 HOURS
```

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

```
COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS              PAGE CP  12


NAMED INSURED:  GRITMAN MEDICAL CENTER INC          POLICY NUMBER:  01-CG-935653-2



PREMISES  12  225 6TH STREET
              POTLATCH, ID 83855

BUILDING   1  AMERICAN ECONOMY INSURANCE COMPANY
              OCCUPANCY:     PHYSICIANS OFFICE
----------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING              LIMIT OF   DEDUCTIBLE    RATE     PREMIUM
                                         INSURANCE
----------------------------------------------------------------------------------
BUSINESS INCOME INCL RENTAL VALUE        BLANKET    $ 75,000


EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  12  $    64.00
    DIRECT DAMAGE DEDUCTIBLE                        $  1,000
    INDIRECT DAMAGE DEDUCTIBLE                      24 HOURS
```

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS             PAGE CP  13

NAMED INSURED:  GRITMAN MEDICAL CENTER INC           POLICY NUMBER:  01-CG-935653-2


PREMISES   13   324 S CLEVELAND ST
                MOSCOW, ID 83843

BUILDING    1   AMERICAN ECONOMY INSURANCE COMPANY
                OCCUPANCY:     CHILDCARE HOUSE
---
| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING REPLACEMENT COST | BLANKET | $ 75,000 | | |
| PERSONAL PROPERTY OF INSURED REPLACEMENT COST | BLANKET | 75,000 | | |
| EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES 13 DIRECT DAMAGE DEDUCTIBLE | | $ 75,000 | | $ 55.00 |

9-CC(CP)(0207)    NORTHWEST           (DARMI)       PREPARED  04-04-07  CM2E0 SEQ.0001

AFP-META2-04-PRINT001-1244-0020-T

\*\*\*\* REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS \*\*\*\*

COMMERCIAL PROPERTY COVERAGE PART AMENDED DECLARATIONS                PAGE CP  14

NAMED INSURED:  GRITMAN MEDICAL CENTER INC          POLICY NUMBER:  01-CG-935653-2


PREMISES  14  510 W PALOUSE RIVER DR
              MOSCOW, ID 83843

BUILDING   1  AMERICAN ECONOMY INSURANCE COMPANY
              OCCUPANCY:    OFFICE
------------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING             LIMIT OF   DEDUCTIBLE    RATE      PREMIUM
                                        INSURANCE
------------------------------------------------------------------------------------
BUILDING                                BLANKET    $ 75,000
   REPLACEMENT COST

BUSINESS INCOME INCL RENTAL VALUE       BLANKET      75,000

PERSONAL PROPERTY OF INSURED            BLANKET      75,000
   REPLACEMENT COST

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  14 $      863.00
     DIRECT DAMAGE DEDUCTIBLE                          $ 75,000
     INDIRECT DAMAGE DEDUCTIBLE                        24 HOURS

                              * * * * * * * * * * * * * * * * * * * *

                                                                       ------------
COMMERCIAL PROPERTY TOTAL                                              $   64,021.00

A PREMIUM OF $  762.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.  A PORTION OF THIS PREMIUM INCLUDES FIRE LOSSES FROM CERTIFIED ACTS
OF TERRORISM AS REQUIRED BY CERTAIN STATES.