AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID  83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>       Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>       Defendants. | NO.  3:09-CV-00459-MHW<br><br>MOTION TO AMEND THE CAPTION |

  COMES NOW the plaintiff, Gritman Medical Center, Inc., by and through its attorney of record, Darrel W. Aherin of Aherin, Rice & Anegon, and hereby moves the court for an order amending the caption.  The defendants have filed Defendants' Corporate Disclosure Statement stating that American States Insurance Company and American Economy Insurance Company are both wholly owned by Safeco Corporation rather than Safeco Insurance Company.  Defendants state Safeco Insurance Company does not exist.  The proposed caption would be as follows:

MOTION TO AMEND THE CAPTION -- 1
N:\Gritman Medical Center (01)\Pleadings\Motion to Amend Caption.docx
lgs

**Aherin, Rice & Anegon**
Attorneys at Law
Lewiston, Idaho

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>     Plaintiff,<br><br>v.<br><br>SAFECO CORPORATION, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>     Defendants. | NO. 3:09-CV-00459-MHW |

This motion is based on the files and records herein.

DATED this _____ day of October, 2009.

         AHERIN, RICE & ANEGON

         By _____
           Darrel W. Aherin
           Attorney for Plaintiff

MOTION TO AMEND THE CAPTION -- 2
N:\Gritman Medical Center (01)\Pleadings\Motion to Amend Caption.docx
lgs

**Aherin, Rice & Anegon**
Attorneys at Law
Lewiston, Idaho

CERTIFICATE OF SERVICE

I, Darrel W. Aherin, hereby certify that on the ____5th____ day of October, 2009, I caused to be served a copy/copies of the foregoing by the method indicated below and addressed to the following:

| | |
|---|---|
| Robert A. Anderson<br>Mark D. Sebastian<br>Anderson, Julian & Hull, LLP<br>P. O. Box 7426<br>Boise, ID 83707-7426 | [X] U.S. Mail<br>[ ] Hand Delivery<br>[ ] Fax 208-344-5510<br>[ ] Federal Express |

_____
Darrel W. Aherin

MOTION TO AMEND THE CAPTION -- 3
N:\Gritman Medical Center (01)\Pleadings\Motion to Amend Caption.docx
lgs

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho