Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
Email: raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendants. | Docket No. 3:09-CV-459-C-EJL<br><br>**MOTION TO COMPEL AND MOTION FOR RELIEF FROM SCHEDULING ORDER** |

COMES NOW the Defendants in the above-entitled action, by and through their counsel of record, Anderson, Julian & Hull, LLP, and hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 37(a) compelling responses to discovery and for an award of expenses, including attorney's fees in obtaining the order. Defendants also move the Court for relief from the scheduling order in this case in order that Defendants may conduct follow-up discovery on Plaintiff, including, if

**MOTION TO COMPEL AND MOTION FOR RELIEF FROM SCHEDULING ORDER - 1**

necessary, depositions of any witnesses or persons with knowledge that Plaintiff's may identify.

This Motion is brought upon the grounds and for reasons that the Plaintiff has willfully refused to answer or respond to discovery requests made pursuant to the Federal Rules of Civil Procedure, and has failed to provide Defendants with its Initial Disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and Local Rules 16.1, and 26.2.

Defendants certify that they have conferred with Plaintiff's counsel in an effort to obtain discovery responses without court action.

This motion is supported by an affidavit of counsel filed contemporaneously herewith, and by the pleadings and other documents contained in the record.

DATED this 28th day of October, 2010.

ANDERSON, JULIAN & HULL LLP

By _____
Mark D. Sebastian, Of the Firm
Attorneys for Defendants

**MOTION TO COMPEL AND MOTION FOR RELIEF FROM SCHEDULING ORDER** - 2