AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID  83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendants. | NO.  CIV 09-459-C-EJL<br><br>MOTION TO REMAND |

COMES NOW the plaintiff by and through its attorney of record, Darrel W. Aherin of Aherin, Rice & Anegon, and hereby moves the Court for an order remanding this case back to the Idaho State District Court.  This motion is made pursuant to 28 U.S.C. 1447.

The plaintiff requests the Court to remand this matter back to State court because the defendants have filed a cross-claim in Latah County Case No. CV2009-00237 against plaintiff on October 28, 2010.  The plaintiff herein has filed a counter cross-claim in Latah County Case

MOTION TO REMAND -- 1
N:\Gritman Medical Center (01)\Pleadings\Motion to Remand.docx
lgs

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho

No. CV2009-00237 on November 1, 2010. The plaintiff in this Federal case filed this lawsuit in Latah County on April 24, 2009 and was assigned Case No. CV2009-00366. Defendants removed the case to Federal court. Since the defendants, as plaintiff-cross claimant in Latah County Case No. CV2009-00237 have now voluntarily consented to the jurisdiction in Latah County, this Federal case should be remanded back to Latah County Case No. CV2009-00366 and then consolidated with Latah County Case No. CV2009-00237 which has already been consolidated with Latah County Case No. CV2009-00862, which was filed by defendant, American Economy Insurance Company.

Defendants have asserted a claim in Latah County Case No. CV2009-00237 consolidated with Latah County Case No. CV2009-00862 for more than $75,000.00. All claims in all of the cases arose from the same event of a motorist hitting a fire hydrant on May 5, 2007, which caused extensive water damage to plaintiff's building in Moscow.

This motion does not fall under the usual basis to contest removal within 30 days of removal under 28 U.S.C. 1447(c). It is the defendants who have created the reason for remand. Defendants have voluntarily submitted to the jurisdiction of Latah County defeating their own argument that removal was proper because of diversity and the amount in controversy is over $75,000.00. Because defendants have voluntarily filed a cross-claim as a plaintiff in Latah County State Court, the reason for removal has been voided by their own conduct. The plaintiff in this case did not have a right to contest removal until October 28, 2010, the filing date of the cross-claim when defendants voluntarily submitted to the Latah County State Court claims arising out of the exact case it previously removed. The attorneys for the defendants in this case have now associated and are attorneys for the insurer in the Latah County case.

A mediation has been set in the Latah County case and plaintiff herein requests the Court to enter an order remanding this case back to Latah County.

DATED this 10th day of November, 2010.

AHERIN, RICE & ANEGON

By _/s/ Darrel W. Aherin_
Darrel W. Aherin
Attorney for Plaintiff

MOTION TO REMAND -- 2
N:\Gritman Medical Center (01)\Pleadings\Motion to Remand.docx
lgs

**Aherin, Rice & Anegon**
Attorneys at Law
Lewiston, Idaho

CERTIFICATE OF SERVICE

I, Darrel W. Aherin, hereby certify that on the ___10th___ day of November, 2010, I caused to be served a copy/copies of the foregoing by the method indicated below and addressed to the following:

| | |
|---|---|
| Robert A. Anderson<br>Mark D. Sebastian<br>Anderson, Julian & Hull, LLP<br>P. O. Box 7426<br>Boise, ID  83707-7426 | ☑  U.S. Mail<br>☐  Hand Delivery<br>☐  Fax 208-344-5510<br>☐  Federal Express |

_/s/ Darrel W. Aherin_
Darrel W. Aherin

MOTION TO REMAND -- 3
N:\Gritman Medical Center (01)\Pleadings\Motion to Remand.docx
lgs

Aherin, Rice & Anegon
Attorneys at Law
Lewiston, Idaho