Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
Email:  raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendants. | Docket No. 3:09-CV-459-C-EJL<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Defendants in the above-entitled action, by and through their attorneys of record, Anderson, Julian & Hull LLP, and hereby move this Court pursuant to Rule 56 of the *Federal Rules of Civil Procedure* for its order granting summary judgment to Defendants for the reason that there are no material facts in dispute and Defendant is entitled to judgment as a matter of law. Defendant brings this motion on the grounds that there is no applicable contract of insurance between Plaintiff and Safeco Insurance Company or American States Insurance Company; there has

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1**

been no breach of the insurance contract; the Defendants have not acted in bad faith; and Plaintiff is not entitled to attorney's fees under Idaho Code § 41-1839.

This motion is supported by the *Memorandum in Support of Defendants' Motion for Summary Judgment,* the *Declaration of Buddy Paul,* the *Declaration of Steve Roberts in Support of Defendants' Motion for Summary Judgment,* the *Declaration of Trevor Evans in Support of Defendants' Motion for Summary Judgment,* and the *Affidavit of Mark D. Sebastian in Support of Defendants' Motion for Summary Judgment* submitted contemporaneously herewith, and the records and pleadings on file with the Court.

DATED this 1st day December 2010.

ANDERSON, JULIAN & HULL LLP

By_____
Mark D. Sebastian, Of the Firm
Attorneys for Defendants

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___1st___ day of December, 2010, I served a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Darrel W. Aherin<br>AHERIN, RICE & ANEGON<br>1212 Idaho Street<br>P.O. Drawer 698<br>Lewiston, Idaho 83501-0698<br>*Attorney for Plaintiff* | [ ] U.S. Mail, postage prepaid<br>[ ] Hand-Delivered<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[x] CM/ECF |

_____
Mark D. Sebastian

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3**