Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
Email: raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>Defendants. | Docket No. 3:09-CV-459-C-EJL<br><br>**AMENDED STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Defendants in the above-entitled action, by and through their attorneys of record, Anderson, Julian & Hull LLP, and hereby submit this Amended Statement of Facts[1] in support of *Defendants' Motion for Summary Judgment*. For purposes of the Motion only, the following facts are undisputed:

---

[1] This Amendment is made because of a mathematical error whereby Defendants had indicated that Plaintiff had been paid $826,781.68 as to the real property loss, but the actual amount was $758,305.71.

**AMENDED STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1**

1.  At the relevant time to this suit, Defendant American Economy Insurance Company ("American Economy") had issued a policy of insurance (Policy No. 01-CG-935653-2) to the Plaintiff, Gritman Medical Center, Inc. *See Affidavit of Mark D. Sebastian in Support of Defendants' Motion for Summary Judgment* (hereinafter, "Aff. of Counsel"), Exhibit A. The policy provided various coverages for property losses, including coverage for business income damages, resulting from a covered loss. *See generally Id.,* pp. pp. POLICY 176 – POLICY 184. The policy had limits of approximately $76 million, with a $75,000 deductible. *Declaration of Trevor Evans in Support of Defendants' Motion for Summary Judgment* (hereinafter, "Declaration of Trevor Evans"), ¶¶ 4 and 9.

2.  On May 5, 2007, Daniel E. Valasek was driving a vehicle owned by Ryan S. Tyson, when he collided with a fire hydrant at the southeast corner of Plaintiff's property. **Complaint** ¶¶ III and IV.

3.  The collision broke the fire hydrant off its base, resulting in flooding to Plaintiff's building. **Complaint** ¶ IV.

4.  As a consequence of the flooding, Plaintiff suffered significant property damage and a loss of business income and expenses. American Economy adjusted the claim and made payments to Plaintiff for property damage of $758,305.71, for business personal property of $97,042.10, and business income/extra expense of $326,472.37. **Declaration of Trevor Evans** ¶ 4.

5.  American Economy had employed an independent forensic accounting firm, Coram Deo, to assist in adjusting the business income claim. *Declaration of Steve Roberts in Support of Defendants' Motion for Summary Judgment* (hereinafter, "Declaration of Steve Roberts"), ¶ 4. Coram Deo determined that there were significant issues and questions remaining as to how the Plaintiff calculated its business interruption loss, and attempted to address these issues with Plaintiff and/or Plaintiff's consultant. *See* **Declaration of Steve Roberts,** ¶¶ 5 – 7. *See also Id.,* Exhibit B

**AMENDED STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2**

(pp. 3-4) and Exhibit C. Because of these issues, Coram Deo cannot recommend additional business income loss payments at this time. *Id.*, ¶ 8.

6.  On March 12, 2009, Plaintiff forwarded a letter which it characterized as a "proof of loss," demanding an unspecified sum. **Declaration of Trevor Evans,** ¶ 5 and Exhibit B. However, Coram Deo still had questions and issues, which were forwarded to Plaintiff. *Id.*, ¶¶ 6 and 7, and Exhibits C and D. Plaintiff has not responded to or provided the information requested by American Economy. *See* **Declaration of Trevor Evans**, ¶ 7.

7.  American Economy has a contractual and equitable subrogation right to any proceeds which it or Plaintiff may obtain from any responsible party. **Declaration of Trevor Evans,** Exhibit A; **Aff. of Counsel,** Exhibit A, p. POLICY 186. Pursuant to this right, American Economy was able to obtain a payment of $45,388.62 from Mr. Tyson. *See* **Complaint** ¶ X. However, Plaintiff obtained a payment of $500,000 from Mr. Valasek's insurer. **Declaration of Buddy Paul,** Exhibit A, p. 5 and pp. 5-6; **Aff. of Counsel,** Exhibit B ¶ 2.8, and C, ¶ I (admission by Plaintiff that it obtained $500,000).

8.  Other than the $75,000 deductible, Plaintiff has not documented any losses for which it has not been paid by American Economy. *See* **Declaration of Steve Roberts**, ¶ 5.

DATED this 15th day December 2010.

ANDERSON, JULIAN & HULL LLP

By_____
Mark D. Sebastian, Of the Firm
Attorneys for Defendants

**AMENDED STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /5th day of December, 2010, I served a true and correct copy of the foregoing **AMENDED STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Darrel W. Aherin | [ ] | U.S. Mail, postage prepaid |
| AHERIN, RICE & ANEGON | [ ] | Hand-Delivered |
| 1212 Idaho Street | [ ] | Overnight Mail |
| P.O. Drawer 698 | [ ] | Facsimile |
| Lewiston, Idaho 83501-0698 | [x] | CM/ECF |
| *Attorney for Plaintiff* | | |

_____
Mark D. Sebastian

**AMENDED STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 4**