IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) Case No. CV09-459-C-EJL |
| | ) |
| vs. | ) ORDER |
| | ) |
| SAFECO INSURANCE COMPANY, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court in the above entitled matter is a Stipulation to Stay Proceedings. (Dkt. No. 28.) The Stipulation asks that the Court stay the proceedings in this matter for a period of six months to allow the parties to conduct an appraisal of Plaintiff's covered losses resulting from the May 5, 2007 flooding incident as agreed to by the parties a their December 15, 2010 mediation. Said mediation agreement also states that the requested stay shall not extend any deadlines that have already passed but only to extend or stay future deadlines; the parties may, however, ask for relief from the scheduling order. The Stipulation also asks that the currently scheduled June 14, 2011 trial date be vacated and that prior to any further proceedings in this matter, the parties shall engage in further mediation before the Honorable Duff McKee. (Dkt. No. 28.)

The Court has reviewed the Stipulation and finds good cause is shown to approve the same. As such, the Court will stay this matter for a period of six months,

ORDER- Page 1

until June 14, 2011, and vacate the trial setting. For administrative purposes, the Court will also administratively term the pending Motion to Remand and Motion for Summary Judgment. (Dkt. Nos. 21, 24.) These termed Motions and the deadlines for filing the responsive briefing on the termed Motions may be reinstated by the parties, if necessary, upon the lifting of the stay. The parties are directed to jointly notify the Court on or before June 14, 2011 as to the status of their mediation efforts, if a further stay is necessary, and/or how they intend to proceed in this matter.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation to Stay Proceedings (Dkt. No. 28) is **APPROVED** as follows:

1) This case is **HEREBY STAYED** to and including **June 14, 2011**.

2) The pending Motions (Dkt. Nos. 21, 24) are **ADMINISTRATIVELY TERMED** until otherwise ordered by the Court. The parties may, if necessary, reinstate the Motions following the stay being lifted.

3) The June 14, 2011 trial date is **VACATED**.

4) The parties shall jointly notify the Court on or before **June 14, 2011** as to how they intend to proceed in this matter. Absent such notification, the Court will immediately lift the stay, reset the trial date, and reinstate the termed Motions.

DATED: **January 10, 2011**

Honorable Edward J. Lodge
U. S. District Judge