Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
Email: raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation, | Docket No. 3:09-CV-459-C-EJL |
| Plaintiff, | |
| vs. | STIPULATED MOTION TO DISMISS WITH PREJUDICE |
| SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY, | |
| Defendants. | |

COME NOW the Plaintiff GRITMAN MEDICAL CENTER, INC., and the Defendants SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY and AMERICAN ECONOMY INSURANCE COMPANY, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs or fees to any party, and hereby move the Court pursuant to F.R.C.P. 41(a)(1) to enter an Order consistent hereto.

STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1

DATED this 26th day of July, 2012.

                                    AHERIN, RICE & ANEGON

                                    By _____
                                        Darrel W. Aherin, Of the Firm
                                        Attorneys for Plaintiff

DATED this 2nd day of July, 2012.

                                    ANDERSON, JULIAN & HULL LLP

                                    By _____
                                        Mark D. Sebastian, Of the Firm
                                        Attorneys for Defendants


                    CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 2nd day of July, 2012, I served a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Darrel W. Aherin                    [ ]   U.S. Mail, postage prepaid
AHERIN, RICE & ANEGON               [ ]   Hand-Delivered
1212 Idaho Street                   [ ]   Overnight Mail
P.O. Drawer 698                     [ ]   Facsimile
Lewiston, Idaho 83501-0698          [x]   CM/ECF
*Attorney for Plaintiff*

                                    _____
                                        Mark D. Sebastian


STIPULATED MOTION TO DISMISS WITH PREJUDICE - 2