Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
Email:  raanderson@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| GRITMAN MEDICAL CENTER, INC., an Idaho non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, and AMERICAN ECONOMY INSURANCE COMPANY,<br><br>    Defendants. | Docket No. 3:09-CV-459-C-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before this Court upon the parties' *Stipulated Motion to Dismiss With Prejudice*, and good cause appearing therefor,

//

//

//

**ORDER OF DISMISSAL WITH PREJUDICE - 1**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled cause be and the same hereby is dismissed with prejudice and without costs or fees to any party.

DATED this __6__ day of August, 2012.

_____
EDWARD J. LODGE
District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __6__ day of August, 2012, I served a true and correct copy of the foregoing **ORDER OF DISMISSAL WITH PREJUDICE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Darrel W. Aherin | [ ] | U.S. Mail, postage prepaid |
| AHERIN, RICE & ANEGON | [ ] | Hand-Delivered |
| 1212 Idaho Street | [ ] | Overnight Mail |
| P.O. Drawer 698 | [ ] | Facsimile |
| Lewiston, Idaho 83501-0698 | [x] | CM/ECF |
| *Attorney for Plaintiff* | | |
| | | |
| Robert A. Anderson | [ ] | U.S. Mail, postage prepaid |
| Mark D. Sebastian | [ ] | Hand-Delivered |
| ANDERSON, JULIAN & HULL LLP | [ ] | Overnight Mail |
| C. W. Moore Plaza | [ ] | Facsimile |
| 250 South Fifth Street, Suite 700 | [x] | CM/ECF |
| Post Office Box 7426 | | |
| Boise, Idaho 83707-7426 | | |

/s/
_____
Deputy Clerk

**ORDER OF DISMISSAL WITH PREJUDICE - 2**